UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIC LANCE,

        Plaintiff,

v.

WAYNE JUDGE AND TODD JOHNSON.

        Defendants.

CASE NO. C11-5365-RBL-JRC

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff filed a motion to amend the complaint one day before the discovery cut-off deadline (ECF No. 13). The court has reviewed the amended complaint and compared it to the original. The amended complaint names John Does and contains slightly different wording

on some minor points, but it is essentially the same in substance as the original complaint.

The motion to amend is GRANTED. The Court has before it an answer (ECF No. 11), a motion for summary judgment (ECF No. 14) and a cross motion for summary judgment (ECF No. 15). Further, there have been replies and responses (ECF No. 16 to 19). All of these documents were filed after the motion to amend the complaint.

The Court will consider the dispositive motions without requiring further answer from the defendants.

Dated this 2nd day of December, 2011.

J. Richard Creatura
United States Magistrate Judge