UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIC LANCE,<br><br>                Plaintiff,<br><br>     v.<br><br>WAYNE JUDGE et al.,<br><br>                Defendants. | CASE NO. C11-5365-RBL-JRC<br><br>ORDER ADOPTING A REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation; and

(2)     Plaintiff's motion for summary judgment is GRANTED IN PART AND DENIED IN PART. Liability for damages regarding defendant Judge's treatment of plaintiff after plaintiff's initial reaction to the lavage procedure on February 6, 2009 is decided as a matter of law in favor of plaintiff. The issue of the amount of damages regarding this incident must be proven at trial. All other portions of plaintiff's motion for summary judgment are denied.

(3)   Defendants' cross motion for summary judgment is GRANTED IN PART AND DENIED IN PART. As noted above, defendants' motion regarding defendant Judge's treatment of plaintiff after plaintiff's initial reaction to the lavage procedure on February 6, 2009 is denied.  Also, issues of fact regarding the delay in receiving dental treatment preclude summary judgment on this portion of the Eighth Amendment Claim. The remaining claims are either without merit or plaintiff has not named the proper defendant for those claims. The defendant's cross motion for summary judgment on these remaining claims is GRANTED.

DATED this 6th day of April, 2012.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 2